1   **HANNI M. FAKHOURY**
California Bar No. 252629
2   FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3   San Diego, California  92101-5008
Telephone:  (619) 234-8467
4   Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org
5

6   Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )  Case No.  08mj1826
                                        )
11          Plaintiff,                  )
                                        )
12   v.                                 )  **NOTICE OF ATTORNEY APPEARANCE**
                                        )
13   LIONEL VALENZUELA-CARRANZA,        )
                                        )
14          Defendant.                  )
                                        )
15   _____ )

16          Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17   M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18   the above-captioned case.

19                                      Respectfully submitted,

20

21   Dated: June 19, 2008              /s/ Hanni M. Fakhoury
                                       HANNI M. FAKHOURY
22                                     Federal Defenders of San Diego, Inc.
                                       e-mail: Hanni_Fakhoury@fd.org
23                                     Attorneys for Defendant

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3    information and belief, and that  a copy of the foregoing document has been served this day upon:

4    U S Attorneys Office Southern District of California
     880 Front Street
5    Room 6293
     San Diego, CA 92101
6    (619)557-5610
     Fax: (619)557-5917
7    Email: Efile.dkt.gc2@usdoj.gov

8

9

10    DATED:  June 19, 2008                     /s/ Hanni M. Fakhoury
                                                HANNI M. FAKHOURY
11                                              e-mail: Hanni_Fakhoury@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2